FOSTER ET AL., APPELLEES, *v.* CLEVELAND HEIGHTS/UNIVERSITY HEIGHTS BOARD OF EDUCATION ET AL., APPELLANTS.

[Cite as *Foster v. Cleveland Hts./Univ. Hts. Bd. of Edn.* (1995), 73 Ohio St.3d 714.]

(No. 94–2515—Submitted September 13, 1995—Decided October 4, 1995.)

*Cornrich, Katz & Cornrich Co., L.P.A.,* and *Janet McCamley,* for appellees.

*Thomas J. Downs,* for appellants.

The judgment of the court of appeals is affirmed on the authority of *Adamsky v. Buckeye Local School Dist.* (1995), 73 Ohio St.3d 360, 653 N.E.2d 212.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents.